

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00206-CR

_____

WILLIE LEE HARPER, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2011F00214

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Willie Lee Harper, Jr., appeals from his conviction by a jury of possession of cocaine in an amount of one gram or more but less than four grams and the resulting sentence of twenty-five years' imprisonment. In companion cause number 06-13-00205-CR, Harper also appeals his conviction of tampering with physical evidence. Harper has filed a single brief, raising a single issue common to both appeals. He argues that the trial court erred in denying his motion to suppress evidence discovered after a pat-down search.

We addressed this issue in detail in our opinion of this date on Harper's appeal in cause number 06-13-00205-CR. For the reasons stated therein, we likewise conclude that Harper's sole point of error is not preserved.

Consequently, we affirm the trial court's judgment.

Bailey C. Moseley
Justice

Date Submitted:     August 19, 2014
Date Decided:     August 29, 2014

Do Not Publish